UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:01CR444-SNL |
| ) | |
| KENDALL CECIL WATSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 1, 2005, by letter directed to the Court, defendant requested that he be transferred to the Eastern District of Missouri to have this Court consider supervised release violations. On August 29, 2005, jurisdiction of defendant's case was transferred to the Western District of Virginia and accordingly, this Court no longer has jurisdiction. Accordingly,

**IT IS HEREBY ORDERED** that defendant's request to have his supervised release violations transferred back to this Court is **DENIED**.

Dated this  2nd  day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE